# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DEBRA LYNN SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-079 |
| MIDCOAST AVIATION, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In its prior order the Court granted defendant Midcoast Aviation's motion to compel and directed *pro se* plaintiff Debra Lynn Smith to comply with her discovery obligations within 14 days. Doc. 12. The Court warned her that if she failed to comply the Court would "entertain a proposed dismissal order from the defendant." *Id.* at 2.

Upon her failure to comply Midcoast, strangely, submitted no dismissal order but instead moved to dismiss. Doc. 13. Smith's time to respond to that motion has not yet expired, but that is of no moment because she has ignored this Court's clear instructions, so her case should be **DISMISSED WITH PREJUDICE** for disobeying a court Order.

Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). That will automatically terminate Midcoast's motion, doc. 13, which is otherwise moot.

**SO REPORTED AND RECOMMENDED** this 27th day of January, 2011.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA