FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR 25 AM 11: 13
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DEBRA LYNN SMITH, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. CV410-079 |
| MIDCOAST AVIATION, | ) | |
| Defendant. | ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case with the following modification: Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. As a result, Defendant's Motions to Dismiss (Docs. 13, 16) are **DISMISSED AS MOOT**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of March 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA